PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 3:06CR00211-1 |
| DOCKET NUMBER (Rec.) | 11-305 (I/5) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 DEC 19 PM 3:42
LORETTA G. WHYTE
CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Nguyen, Vu Paul<br>1161 Artesa Drive<br>Harvey La 70072 | Louisiana Middle | Baton Rouge |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James J. Brady | |
| | DATES OF SUPERVISED RELEASE | FROM 11/25/2009 — TO 11/24/2012 |

**OFFENSE**

Conspiracy to Distribute and to Possess with the Intent to Distribute MDMA. 21 U.S.C. 846 and 18 U.S.C. 2

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Louisiana**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Louisiana** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_James J. Brady_
United States District Judge

12-1-2011
Date

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern** DISTRICT OF **Louisiana**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-14-11
Effective Date

_Sarah Vance_
United States District Judge

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___



**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

December 9, 2011

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504) 589-3200, (504) 589-3286 Fax

STEPHANIE H. WILLIAMS
P. POBLETE
DEPUTY CHIEF PROBATION OFFICERS

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 DEC 15 AM 10:22
LORETTA G. WHYTE
CLERK

**KITO J. BESS**
CHIEF PROBATION OFFICER

Honorable Sarah S. Vance
Chief United States District Judge
500 Poydras Street, Room C-255
New Orleans, Louisiana 70130

                         RE: NGUYEN, Vu Paul
                         Docker No. 3:06CR00211-001
                         REQUEST TO ACCEPT TRANSFER OF JURISDICTION

Dear Chief Judge Vance:

On November 29, 2007, Vu Paul Nguyen appeared before the Honorable James J. Brady, United States District Judge for the Middle District of Louisiana, following his guilty plea to conspiracy to distribute and to possess with the intent to distribute 3, 4-methylenedioxymethamphetamine(MDMA). He was sentenced to serve 51 months in the custody of the Bureau of Prisons, to be followed by a supervised release term of three years. A $100.00 special assessment fee was also order. As special conditions of supervised release, Nguyen was ordered to participate in a drug testing and/or treatment program, comply with the financial disclosure and restriction conditions and comply with the search and seizure condition. Nguyen's term of supervised release commenced in this district on November 25, 2009.

On November 4, 2011, Nguyen was arrested by personnel of the Jefferson Parish Sheriff's Office and charged with possession with the intent to distribute marijuana, use of a firearm while in possession of controlled dangerous substances and felon in possession of a firearm. He was subsequently released on November 7, 2011, due to prison over crowdedness. Based on the aforementioned arrest and the fact Nguyen resides in this district, the Probation Office for the Middle District of Louisiana has requested that jurisdiction be transferred to this district in order that we handle Nguyen's supervised release violation here. As such, Judge Brady has agreed to transfer jurisdiction and signed the attached documents.

Accordingly, I have attached two Probation Forms 22 for Your Honor's signature should you concur with this request. Please sign both copies under Part 2, Order Accepting Jurisdiction. Please return both copies to the Probation Office for proper distribution.

Should Your Honor have any question, I can be contacted at (504)589-3232.

                                      Respectfully,

                                        Kenny R. Dixon
                                        U. S. Probation Officer

kd/
Attachment

Reviewed by: _____
                Matthew G. Arseneaux
                Supervising U. S. Probation Officer