

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Nick J. Lorio
Clerk of Court

Telephone: 225-389-3500
Facsimile: 225-389-3501

January 27, 2012

*11-305 (I)*

United States Courthouse
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: 3:06-cr-00211-JJB-DLD, USA v. Nguyen

Dear Clerk;

On 12/1/2011, the Honorable Judge James J. Brady, United States District Court Judge for the Middle District of LA, entered an order transferring the above captioned case to the United States ~~Middle~~ *EASTERN* District Court.

The official court record for the Middle District of Louisiana is in the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: http://ecf.lamd.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 225-389-3552.

Sincerely,

*Claressa Mansfield*

Deputy Clerk

United States Courthouse
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

_____

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 3:06CR00211-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED US DIST COURT MIDDLE DIST LA JAN 27 AM 11:05 SIGN CMC BY DEPUTY CLERK | DOCKET NUMBER (Rec. 11-305 (I/5) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE **Nguyen, Vu Paul** 1161 Artesa Drive Harvey La 70072 | DISTRICT Louisiana Middle | DIVISION Baton Rouge |
| | NAME OF SENTENCING JUDGE Honorable James J. Brady | |
| | DATES OF SUPERVISED RELEASE | FROM 11/25/2009 | TO 11/24/2012 |

OFFENSE
Conspiracy to Distribute and to Possess with the Intent to Distribute MDMA. 21 U.S.C. 846 and 18 U.S.C. 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Louisiana___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of Louisiana___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_/s/ James J. Brady_
United States District Judge

12-1-2011
Date

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Louisiana___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-14-11
Effective Date

_/s/ Sarah Vance_
United States District Judge