Prob12
(7/93)



# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF LOUISIANA

## Report on Offender Under Supervision

U.S.A. vs.  Vu Paul Nguyen                                    Docket No.:   053L 2:11CR00305-001I

### Petition on Probation and Supervised Release

Comes Now Dixon, Kenny, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Vu Nguyen, who was placed on supervision by the Honorable James J. Brady(*On December 14, 2011, Nguyen's case was transferred to the Eastern District of Louisiana and allotted to Your Honor's Court), sitting in the Court at Baton Rouge, Louisiana, on November 29, 2007, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug testing and or treatment, comply with the financial disclosure and restriction conditions and comply with the search and seizure condition

RESPECTFULLY PRESETING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy attach separate sheet)

On November 4, 2011, Nguyen was arrested by personnel of the Jefferson Parish Sheriff's Office and charged with possession with the intent to distribute marijuana, use of a firearm while in possession of controlled dangerous substances and felon in possession of a firearm.  On August 08, 2013, all charges against Nguyen in connection with the aforementioned arrest were dismissed in the 24th Judicial District Court for Jefferson Parish, Case No. 11-5937D.  For this reason, it is requested that the abeyance warrant issued on November 16, 2012, be recalled and this case be allowed to close.

PRAYING THAT THE COURT WILL ORDER that the abeyance warrant issued on November 16, 2012, be recalled and that this case be allowed to close.

ORDER OF COURT                                         Respectfully,

Considered and ordered this   **18**   day of
**Oct.** _____, and ordered filed and made                Dixon, Kenny
a part of the records in the above case.                       U. S. Probation Offier
                                                               504-589-3232

_____
Honorable Lance M. Africk                                      Place:  New Orleans, Louisiana

                                                               Date:  10/18/2013

Original  - Clerk's Office
1 Copy    - U.S. Marshal
1 Copy    - U.S. Attorney
2 Copies - U.S. Probation